■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MILLER, Appellant. [830 NYS2d 524]—Judgment, Supreme

Court, New York County (Edward J. McLaughlin, J.), rendered on or about April 7, 2006, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Sullivan, Williams, Buckley and Kavanagh, JJ.